IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL WAYNE HOLT, | § | |
| Petitioner, | § | |
| v. | § | Criminal No. 3:01-CR-340-L |
| | § | Civil Action No. 3:05-CV-884-L |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the court is the Findings and Recommendation of the United States Magistrate Judge ("Report"), filed May 6, 2005, to which no objections have been made. After making an independent review of the pleadings, files and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and they are hereby accepted as those of the court. Accordingly, for the reasons stated by the magistrate judge in his Report, Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody is **denied**, and this action is hereby **dismissed with prejudice**.

It is so ordered this 31st day of May, 2005.

_____
Sam A. Lindsay
United States District Judge

**Order - Solo Page**